B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

In re Mykal Aragon_____,
      Debtor

Case No. 11-21078 SBB
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Public Service Credit Union

2. Amount of the debt subject to this reaffirmation agreement:
$ 5,075.14  on the date of bankruptcy     $ 5,075.14  to be paid under reaffirmation agreement

3. Annual percentage rate of interest:  9.99  % prior to bankruptcy
 6.00  % under reaffirmation agreement ( ✓ Fixed Rate ____ Adjustable Rate)

4. Repayment terms (if fixed rate): $ 154.44  per month for 36  months

5. Collateral, if any, securing the debt: Current market value: $ 5,575.00
Description: 2003 Ford Explorer

6. Does the creditor assert that the debt is nondischargeable? ___ Yes  ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries

Debtor's Income and Expenses
as Stated on Reaffirmation Agreement

7A. Total monthly income from  $ 4916.26    7B. Monthly income from all         $ 4916.24
Schedule I, line 16                            sources after payroll deductions

8A. Total monthly expenses    $ 4913.15    8B. Monthly expenses                 $ 4913.15
from Schedule J, line 18

9A. Total monthly payments on $_____    9B. Total monthly payments on        $_____
reaffirmed debts not listed on                  reaffirmed debts not included in
Schedule J                                       monthly expenses

                                          10B. Net monthly income              $ 3.11
                                               (Subtract sum of lines 8B and 9B from
                                               line 7B. If total is less than zero, put the
                                               number in brackets.)

B27 (Official Form 27) (12/09)  Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):

12. Explain with specificity any difference between the expense amounts (8A and 8B):

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____   _____
Signature of Debtor (only required if   Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)   required if line 11 or 12 is completed)

Other Information

☐ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
√  Yes          ____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
√  Yes          ____ No

### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

Brenna M. Francy, Attorney for the Creditor
Print/Type Name & Signer's Relation to Case